UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARTIN TAVERAS a/k/a "Flex," | No: 2:25-cr-00162-JAW |

**MOTION FOR DETENTION**

The United States moves for pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142.

1. Eligibility of case. This case is eligible for a detention order because the case involves:

    _____  Conditions requiring a temporary detention order (18 U.S.C. § 3142(d))

    _____  Crime of Violence

    _____  Maximum sentence life imprisonment or death

    \_\_X\_\_  10+ year drug offense

    _____  Felony, with two prior convictions in above categories

    _____  Felony involving a minor victim, a firearm, destructive device or dangerous weapon, or failure to register as a sex offender

    \_\_X\_\_  Serious risk defendant will flee

    _____  Serious risk of obstruction of justice

2. Reasons for Detention:

    i. Temporary Detention

    _____

    _____

    ii.    Other than Temporary Detention. The court should detain the defendant because there are no other conditions of release which would reasonably assure:

        __X__ Defendant's appearance as required

        __X__ Safety of any other person and the community

3. Rebuttable Presumption. The United States will invoke the rebuttable presumption against the defendant under 18 U.S.C. § 3142(e). The presumption applies here because

    __X__ Probable cause to believe the defendant committed an offense specified in 18 U.S.C. § 3142(e) involving: drugs, firearms, terrorism, a minor victim, or conduct outside of the United States.

    _____ Previous conviction for "eligible" offense committed while on pretrial bond

4. Date of Detention Hearing. The United States requests that the detention hearing be held after a continuance of 3 days.

5. Length of Detention Hearing. The United States will require ½ hour to present its case for detention.

Date: December 12, 2025

                        ANDREW B. BENSON
                        United States Attorney

              By:    /s/Noah Falk
                     Assistant United States Attorney
                     United States Attorney's Office
                     100 Middle Street
                     Portland, ME 04101
                     (207) 780-3257
                     Noah.Falk@usdoj.gov