## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | No. 2:25-cr-00162-JAW-2 |
| ) | |
| **MARTIN TAVERAS** ) | |
| ) | |
| **Defendant** ) | |

## ORDER OF DETENTION PENDING TRIAL

This matter came before me this date for an initial appearance and arraignment. Defendant's plea of not guilty was accepted. Defendant was advised of his right to a detention hearing pursuant to the Bail Reform Act, 18 U.S.C. §§ 3141-3156. The Defendant appeared with counsel, waived his right to a detention hearing, and consented to being detained pending trial. After due inquiry, I am satisfied that the Defendant's waiver and consent were made voluntarily and knowingly, and I hereby accept the same. Accordingly, I **ORDER** that the Defendant be detained pending trial.

The Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purposes of an appearance in connection with a court proceeding.

Dated: December 12, 2025

/s/ Karen Frink Wolf
United States Magistrate Judge

2