## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:25-cr-00162-JAW |
| ) | |
| MARTIN TAVERAS ) | |

## DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL AND MOTIONS DEADLINE AND INCORPORATED SPEEDY TRIAL WAIVER

NOW COMES Defendant Martin Taveras, by counsel, and respectfully moves this Court for an Order to move the case from the February 2026 trial list to the March 2026 trial list and continue the deadline to file pretrial motions from January 12, 2026 to February 12, 2026. In support, Mr. Taveras states as follows:

1. This matter is currently set for the February 2026 trial list. Motions are due on or before January 12, 2026.

2. Counsel for Mr. Taveras and the Assistant United States Attorney have been engaged in good faith discussions surrounding a potential change of plea.

3. A continuance of the trial date and motions deadline is necessary and appropriate to allow the parties time to discuss and explore all options, and to finalize their respective positions.

4. The government consents to this motion.

5. Should the motion be granted, Mr. Taveras hereby waives his rights under the Speedy Trial Act of 1974, such that motion deadlines are waived from January 12, 2026 to February 12, 2026, and Defendant's speedy trial rights are waived from February 2, 2026 to March 2, 2026.

WHEREFORE, Defendant respectfully requests an Order granting his request for a continuance of the trial date to March 2026 and a continuance of the deadline to file motions to February 12, 2026.

Dated: January 6, 2026          Respectfully Submitted

*/s/ James A. Clifford*
James A. Clifford
Attorney for Defendant Darrell Nelson

CLIFFORD & CLIFFORD, LLC
10 Moulton St., 5th Floor
Portland, Maine 04101
PH: 207-613-9465
*james@cliffordclifford.com*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

**CERTIFICATE OF SERVICE**

I, James A. Clifford, Esq., hereby certify that on January 6, 2026, I have caused *Defendant's Unopposed Motion to Continue and Speedy Trial Waiver* to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to counsel of record.

Dated: January 6, 2026          */s/ James A. Clifford*
James A. Clifford
Attorney for Defendant Martin Taveras