UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

MARTIN TAVERAS

No.: 2:25-cr-00162-JAW

**SPEEDY TRIAL ORDER**

This matter comes before the court upon the defendant's Unopposed Motion to Continue Trial and Motions Deadline and Incorporated Speedy Trial Waiver (Dkt. #59). The defendant has represented:

1. This matter is currently set for the February 2026 trial list. Motions are due on or before January 12, 2026.

2. Counsel for Mr. Taveras and the Assistant United States Attorney have been engaged in good faith discussions surrounding a potential change of plea.

3. A continuance of the trial date and motions deadline is necessary and appropriate to allow the parties time to discuss and explore all options, and to finalize their respective positions.

4. The defendant waives his rights under the Speedy Trial Act for the period of the requested continuance.

5. The government does not object to this motion.

After full consideration of the representations of the parties in this case and after full consideration of the record in this case, the court hereby incorporates such representations as findings of fact. Taking into consideration the factors set forth in Title 18, United States Code, Section 3161(h)(7)(B), the court can and does find that the

ends of justice served by the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court further finds that the enlargement of time and continuance are reasonable as to all the parties. Given the conspiracy charged in the Indictment and the interrelated nature of the evidence in this case, conducting multiple trials would be impractical and would result in the inappropriate duplication of efforts and expenditure of resources.

**IT IS HEREBY ORDERED THAT:**

1. The defendant's motion is hereby **GRANTED**.

2. The pre-trial motion deadline is extended through February 12, 2026.

3. This matter shall be removed from the February 2, 2026, trial list and added to the March 2, 2026, trial list.

4. The time period between January 12, 2026, and February 12, 2026, for motions, and February 2, 2026, and March 2, 2026, for trial, is hereby excluded from calculations under the Speedy Trial Act, Title 18, United States Code, Section 3161 *et seq*.

5. Any codefendant objecting to the new deadlines set forth in this Order shall file a specific objection within 5 business days of the entry of this Order. If there is such an objection, the government shall be given leave to respond to the objection within 5 business days.

**SO ORDERED.**

Dated this 7th day of January 2026.

/s/ John A. Woodcock, Jr.
U.S. District Judge